# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TODD M. HONEYCUTT, ) | |
| ) | |
| Petitioner-Appellant, ) | No. 09-16758 |
| ) | |
| vs. ) | D.C. No. 2:06-cv-634-RLH-RJJ |
| ) | District of Nevada |
| BILL DONAT, Warden and ATTORNEY ) | Las Vegas |
| GENERAL OF THE STATE OF NEVADA,) | |
| ) | |
| Respondents-Appellees. ) | **ORDER** |

Pursuant to order of the United States Court of Appeals for the Ninth Circuit, the Appellant's motion for appointment of counsel in this appeal was granted (#52). Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender (411 E. Bonneville Avenue, Suite 250, Las Vegas, NV 89101, phone number 702-388-6577) is appointed as counsel under the Criminal Justice Act to represent the Petitioner-Appellant.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointment@ca9.uscourts.gov.

DATED this 9th day of December, 2011.

_____
ROGER L. HUNT
United States District Judge