# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TODD M. HONEYCUTT,<br>    *Petitioner*,<br>vs.<br>BILL DONAT, *et al.*,<br>    *Respondents*. | 2:06-cv-00634-RLH-RJJ<br><br>ORDER |

   IT IS ORDERED that respondents' motion (#63) to stay the spread of the mandate on the record is GRANTED, such that the Court will hold action in that regard pending a ruling on respondents' motion in the Court of Appeals seeking to recall the mandate.

   DATED: February 3, 2014.

_____
ROGER L. HUNT
United States District Judge