UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TODD M. HONEYCUTT,

    *Petitioner*,

vs.

BILL DONAT, *et al.,*

    *Respondents*.

2:06-cv-00634-RLH-RJJ

ORDER

    IT IS ORDERED that respondents' motion (#63) to stay the spread of the mandate on the record is GRANTED, such that the Court will hold action in that regard pending a ruling on respondents' motion in the Court of Appeals seeking to recall the mandate.

    DATED: February 3, 2014.

_____
ROGER L. HUNT
United States District Judge