# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TODD M. HONEYCUTT,

    *Petitioner*,

vs.

BILL DONAT, *et al.*,

    *Respondents*.

2:06-cv-00634-RLH-GWF

ORDER

This habeas matter comes before the court on petitioner's unopposed motion to continue trial (#99). On May 12, 2014, the court directed entry of amended judgment conditionally granting the writ of habeas corpus (#77). Under the conditional writ grant, the convictions in both the joined sexual assault case and the solicitation case were vacated subject to the ability of the State to elect to retry petitioner within 60 days of entry of judgment and to commence a retrial within 120 days of the election, subject to request for reasonable modification.

Petitioner, through counsel, has filed an unopposed motion to continue trial (#99). In his declaration, counsel states that petitioner does not object to the request for continuance and that respondents do not object to such request. *Id*. at 4. He further explains that he requires more time to review voluminous discovery, including complete trial transcripts for two trials that date back to 1997. *Id*. Good cause appearing:

1   **IT THEREFORE IS ORDERED** that petitioner's motion to continue trial (#99) is
2   **GRANTED**. Respondents shall bring this matter to trial within one-hundred-eighty (180) days from
3   the date of entry of this order.

   DATED: May 5, 2015.

   _____
   ROGER L. HUNT
   United States District Judge